**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1255**

CHRISTINA D. PERRY-BEY,

        Plaintiff – Appellant,

    v.

CITY OF NORFOLK,

        Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:08-cv-00100-MSD-DEM)

Submitted:  January 31, 2011      Decided:  February 22, 2011

Before NIEMEYER, MOTZ, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christina D. Perry-Bey, Appellant Pro Se.  Paul Wilbur Jacobs, II, CHRISTIAN & BARTON, LLP, Richmond, Virginia; Melvin Wayne Ringer, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina D. Perry-Bey appeals the district court's order dismissing this action with prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Perry-Bey v. City of Norfolk, No. 2:08-cv-00100-MSD-DEM (E.D. Va. Apr. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to expedite is denied as moot.

AFFIRMED